# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JAIME ARIEL CHOJOLAN SOCORRO | ) | CIVIL ACTION NO: 1:25-cv-01811 |
| | ) | |
| VERSUS | ) | JUDGE EDWARDS |
| | ) | |
| BRIAN ACUNA, *ET AL.* | ) | MAGISTRATE JUDGE PEREZ-MONTES |
| | ) | |

## ORDER

Considering the UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS filed by Respondents,

IT IS ORDERED that the motion is GRANTED, and Respondents are permitted to file their proposed response to Petitioner's Petition for Writ of Habeas Corpus filed therewith into the record.

THUS, DONE AND SIGNED in ~~Lafayette~~ Alexandria, Louisiana, this __18th__ day of December, 2025.

~~UNITED STATES DISTRICT JUDGE~~

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE