**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

JAIME ARIEL CHOJOLAN SOCORRO

                        Petitioner,

        v.

BRIAN ACUNA, ET AL

                        Respondents.

Case No.: 25-cv-01811

**Judge EDWARDS**

**Magistrate PEREZ-MONTES**

## ORDER

CONSIDERING THE UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS filed by Plaintiff,

IT IS ORDERED that the motion is GRANTED, and the Plaintiff is permitted to file his reply containing 9 substantive pages.

THUS DONE AND SIGNED in __Alexandria__, Louisiana, this 30th day of December, 2025.

_____
HONORABLE JUDGE EDWARDS

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1